UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES FOR THE USE
AND BENEFIT OF PHOENIX
METALS COMPANY, a foreign
corporation

        Plaintiff,

v.                            Case No.: 2:20-cv-148-FtM-38NPM

WORTHFAB, LLC,

        Defendant.
_____/

**OPINION AND ORDER**[1]

Before the Court is United States Magistrate Judge Nicholas P. Mizell's Report and Recommendation. (Doc. 31). Judge Mizell recommends granting Plaintiff's Renewed Motion for Default Judgment Against Defendant Worthfab, LLC. Neither party objects to the Report and Recommendation, and the time to do so has expired.

A district judge "may accept, reject, or modify in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). The district judge "shall make a de novo determination of those

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

portions of the report or specified proposed findings or recommendations to which objection is made." *Id.* And "[t]he judge may also receive further evidence or recommit the matter to the magistrate judge with instructions." *Id.*

After examining the file independently and upon considering Judge Mizell's findings and recommendations, the Court accepts and adopts the Report and Recommendation.

Accordingly, it is now

**ORDERED:**

(1) The Report and Recommendation (Doc. 31) is **ACCEPTED and ADOPTED** and the findings incorporated herein.

(2) Plaintiff's Renewed Motion for Default Judgment Against Defendant Worthfab LLC (Doc. 30) is **GRANTED**.

(3) The Clerk is **DIRECTED** to enter a default judgment on Count II (breach of contract) against ] Worthfab, LLC for **$6,973.81, plus post-judgment interest** accruing at the legal rate established by 28 U.S.C. § 1961, and costs to be taxed in the amount of **$625.00**.

(4) The Clerk is further **DIRECTED** to terminate any deadlines and close the file.

3

**DONE** and **ORDERED** in Fort Myers, Florida on November 2, 2020.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record